IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

FILED
2018 APR 26  PM 5: 01
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____

**CARLOS REYNA, as Assignee of Jose Fabelo,**
**Plaintiff,**

-vs-                                                          Case No. A-17-CA-270-SS

**GLOBAL HAWK INSURANCE COMPANY (RRG),**
**Defendant.**

### ORDER OF DISMISSAL

BE IT REMEMBERED on this day there was presented to the Court the Stipulation of Dismissal [#54] filed by the parties in the above-styled and numbered cause, and after consideration of the same, the Court enters the following orders:

IT IS ORDERED that the Stipulation of Dismissal [#54] is GRANTED in all respects and this lawsuit is hereby DISMISSED with prejudice;

IT IS FURTHER ORDERED that all costs are adjudged against the party incurring same; and

IT IS FINALLY ORDERED that all pending motions in this cause are overruled and denied as they are now moot.

SIGNED this the 26th day of April 2018.

_____
UNITED STATES DISTRICT JUDGE